UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:11-cr-60131-02-AA |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| DOROTHEA JOLING, | |
| Defendant. | |

AIKEN, Judge:

    Defendant moves for release pending appeal of her conviction on federal tax offenses. Defendant claims that her appeal raises substantial questions and will result in reversal of her conviction. However, in addition to showing that the appeal raises serious questions and is not for purposes of delay, a defendant seeking release on appeal must show by clear and convincing evidence that she is not a flight risk or a danger to the community. *See* 18 U.S.C. § 3143(b)(1).

    Here, defendant fails to address whether she is a flight risk. Notably, after her conviction, defendant absconded and failed to appear for sentencing; after arrest warrants were issued,

1    - OPINION AND ORDER

defendant and her husband were found and arrested in Arizona. Therefore, defendant fails to meet her burden to support release pending appeal.

## CONCLUSION

Accordingly, defendant's Motion for Release (doc. 262) is DENIED.

IT IS SO ORDERED.

Dated this 8th day of September, 2016.

Ann Aiken
United States District Judge

2     - OPINION AND ORDER